# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:08cr82

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| VINCENT LAMAR BOULWARE. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's third Motion for Psychiatric or Psychological Examination or Competency Determination (#81). The court will set such motion for hearing, at which the court intends to make inquiry of defendant not only as to his present mental health, but his recollection as to plea he entered in this matter and the answers he gave to the court under oath.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's third Motion for Psychiatric or Psychological Examination or Competency Determination (#81) is CALENDARED for hearing on Monday, March 15, 2010, at 10 a.m. in Courtroom #2.

Signed: March 11, 2010

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge