# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:08-cr-00082-MR-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **VINCENT LAMAR BOULWARE,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Reconsideration under 18 U.S.C. § 3742." [Doc. 156].

The Defendant moves for reconsideration of the Order denying his Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2). [Doc. 156]. Simultaneous with the Defendant's motion for reconsideration, the Court also received the Defendant's Notice of Appeal of that same Order. [Doc. 157]. The Defendant's Notice of Appeal divests this Court of jurisdiction and confers jurisdiction upon the Court of Appeals. See United States v. Christy, 3 F.3d 765 (4th Cir. 1993). Accordingly, the Defendant's motion is denied for lack of jurisdiction.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Reconsideration" [Doc. 156] is **DENIED** for lack of jurisdiction.

**IT IS SO ORDERED.**

Signed: March 1, 2017

Martin Reidinger
United States District Judge